## Commonwealth *v.* Hardy, Appellant.

Submitted October 6, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 12, 1970:

Appellant raises one issue in this appeal, all others having been disposed of in Mr. Justice JONES' opinion in *Commonwealth v. Hardy,* 423 Pa. 208, 223 A. 2d 719 (1966). He alleges that his counsel was ineffective and thus he should be granted a new trial. The post-conviction hearing judge found that he was effectively represented. Nothing has been presented to us

which would indicate that appellant was denied effective representation. *Commonwealth ex rel. Washington v. Maroney*, 427 Pa. 599, 235 A. 2d 349 (1967). See also, *Commonwealth v. Woody*, 440 Pa. 569, 271 A. 2d 477 (1970); *Commonwealth v. Skipper*, 440 Pa. 576, 271 A. 2d 476 (1970); *Commonwealth v. Laboy*, 440 Pa. 579, 270 A. 2d 695 (1970).

Order affirmed.